UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 1:08-CV-11542 (WGY)

ARBELLA INSURANCE &
    KURT WOELFLE,
        Plaintiff,

v.

SNAP-ON INCORPORATED
        Defendant.

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF SNAP-ON INCORPORATED

Pursuant to United States District Court Local Rule 16.1(D)(3), Defendant Snap-on Incorporated, through its authorized representative, certifies that it has conferred with counsel regarding the budget for the costs of conducting the full course, including various alternative courses, of this litigation. Defendant and counsel have also conferred regarding the resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in United States District Court Local Rule 16.4.

_/s/ Janet Gager/GPB_
Janet Gager
Litigation Specialist
Snap-on Incorporated
2801 80th Street
Kenosha, WI 53143

/s/ Gregg P. Bailey
Snap-on Incorporated,
By Its Attorneys,
Peter M. Durney, BBO# 139260
Gregg P. Bailey, BBO # 648259
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110

## **CERTIFICATE OF SERVICE**

    I, Gregg P. Bailey, attorney for the defendant, Snap-on Incorporated, hereby certify that on the 25th day of November, 2008, a true copy of the foregoing, Local Rule 16.1(D)(3) Certification of Defendant Snap-on Incorporated, will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served via first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

                                       /s/ Gregg P. Bailey
                                       Gregg P. Bailey