UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 1:08-CV-11542 (WGY)

ARBELLA INSURANCE &
   KURT WOELFLE,
       Plaintiff,

v.

SNAP-ON INCORPORATED
       Defendant.

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties hereby stipulate to the dismissal of all claims with prejudice and without costs to any party.

Plaintiffs,
Arbella Insurance &
   Kurt Woelfle,
By their attorneys,

_____
John J. Davey, BBO # 639317
Mullen & McGourty
52 Temple Place, Fourth Floor
Boston, MA 02111
TEL: (617) 338-9200
FAX: (617) 338-9225

Defendant,
Snap-on Incorporated,
By its attorneys,

_____
Peter M. Durney, BBO # 139260
Gregg P. Bailey, BBO # 648259
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
TEL: (617) 482-8100
FAX: (617) 482-3917


Case 1:08-cv-11542-WGY   Document 12   Filed 07/28/09   Page 2 of 2

## CERTIFICATE OF SERVICE

I, Gregg P. Bailey, attorney for the defendant, Snap-on Incorporated, hereby certify that on the 28th day of July, 2009, a true copy of the foregoing, Stipulation of Dismissal, will be filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served via first-class mail, postage prepaid, upon anyone indicated as a non-registered participant.

_____
Gregg P. Bailey

2